COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Tammy Fountain, Relator

Appellate case number:    01-12-00704-CV

Original Proceeding on Petition for Writ of Habeas Corpus

      Real Party in Interest Kathy Katcher has filed a "Motion to Enforce Parties' Rule 6.6 Agreement." The motion is GRANTED, and accordingly the motion for rehearing filed by relator Tammy Fountain is DISMISSED pursuant to the parties' Rule 6.6 agreement.


      It is so ORDERED.


Judge's signature: /s/ Michael Massengale_____
           ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Keyes, Massengale, and Brown.

Date: October 15, 2013_____